IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Charles Ray Thomas, II, *a/k/a Adebisi Ali*, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services, LLC, <br><br> Defendant. | C/A: 4:22-cv-3669-SAL-TER <br><br><br> **ORDER** |

Plaintiff Charles Ray Thomas, II, proceeding pro se, brings this action for alleged violations of the Fair Credit Reporting Act ("FCRA"). There are a number of motions pending in this action, including a motion to enforce the settlement agreement, ECF No. 78, filed by Defendant. On May 31, 2024, United States Magistrate Judge Thomas E. Rogers, III, issued a Report and Recommendation ("Report") in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending Defendant's motion to enforce settlement be granted. [ECF No. 101.] Attached to the Report was a notice advising Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. [ECF No. 101-1.] Plaintiff has not filed any objections, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the

1

Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 101, and incorporates the Report by reference herein. Accordingly, Defendant's motion to enforce settlement, ECF No. 78, is **GRANTED**, and all other pending motions are dismissed as **MOOT**. This case is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

June 28, 2024  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge